IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ANDRE ROLLIE, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:16-cv-00166-SWW |
| | * | |
| | * | |
| LANCE SMITH, THE KROGER CO. | * | |
| d/b/a KROGER FOOD STORES #576, | * | |
| OFFICER WALTER MOORE, CHIEF | * | |
| NATHAN COOK, ENGLAND POLICE | * | |
| DEPARTMENT, CITY OF ENGLAND, | * | |
| | * | |
| Defendants. | * | |

## ORDER

The joint motion [doc.#29] of the parties to dismiss this action with prejudice is hereby granted.

IT IS SO ORDERED this 15th day of March 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE